UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>J. CORRONADO, et al,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-1859-MMA-MMP<br><br>**ORDER:**<br><br>**1. DENYING *EX PARTE* APPLICTION TO STAY DISCOVERY; AND**<br><br>**2. AMENDING FACT DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>[ECF No. 49] |

　　　On April 25, 2024, the Court lifted the previously entered stay on discovery and amended the Scheduling Order to set deadlines for completion of fact discovery by June 28, 2024 and for filing dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, by July 26, 2024. [ECF No. 49.]

　　　On May 22, 2024, Defendants Coronado and Ortiz filed an *ex parte* application to stay discovery and dispositive motion deadlines. [ECF No. 53.] The basis for Defendants' application is the parties have a settlement conference scheduled for June 24, 2024 in a

different case involving Plaintiff and Defendants pending in the Eastern District of California, where "the parties will be exploring the possibility of a global settlement." [*Id*. at 1.] Defense counsel represents he met and conferred with Plaintiff on May 14 and 21, 2024, and Plaintiff twice agreed to stipulate to a stay of all the deadlines in this matter. The parties had planned to proceed by stipulation but, due to delays in prison mail, the parties proceeded by this *ex parte* application [*Id*. at 2; Vicas Decl. ¶¶ 6–7.]

Having considered the application, the Court **DECLINES** to stay discovery in this case but finds good cause exists to **AMEND** the operative Scheduling Order, ECF No. 49, as follows:

1. All fact discovery must be completed by all parties by **July 29, 2024**.

2. All dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **August 26, 2024**.

All other substantive provisions of the Court's April 25, 2024 Order, ECF No. 49, remain in effect.

In addition, Defense counsel must lodge a status report with the undersigned's efile (efile_Pettit@casd.uscourts.gov) no later than **June 28, 2024**, regarding the outcome of the June 24, 2024 settlement conference and the status of settlement negotiations. Defense counsel must serve a copy of this report on Plaintiff.

In the event the parties do not settle, they must be prepared to comply with the deadlines set forth above. The dates and times set forth herein will not be modified further without good cause shown.

**IT IS SO ORDERED**.

Dated: May 29, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge